# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0637

_____

MELVIN LEKEITH SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James Colaw, Judge.

July 30, 2025

PER CURIAM.

DISMISSED. *See Lee v. State*, 939 So. 2d 154, 155 (Fla. 1st DCA 2006) (finding order dismissing postconviction motion without prejudice to be a nonappealable, nonfinal order).

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Melvin Lakeith Simmons, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.